1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| PHILLIP MINER ) | |
| ) | 1:05-CV-1453 FVS DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on September 30, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 5, 2006          /s/ Gina Fazio

                                GINA FAZIO, ESQ.
                                Attorney for Plaintiff

Dated: October 13, 2006
                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Kimberly A. Gaab
                                (as authorized via facsimile)
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney

1
2    IT IS SO ORDERED.
3    **Dated:   October 20, 2006**              /s/ **Dennis L. Beck**
     3c0hj8                             UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2